IN THE UNITED STATES DISTRICT COURT

Filed Under Seal

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19 - |
| | | |
| v. | : | DATE FILED: _____ |
| | | |
| FRED C. ARENA | : | VIOLATIONS: |
| a/k/a "McCormick Foley," | | 18 U.S.C. § 1001(a)(2) (false |
| a/k/a "John S. Mosby," | : | statements to government |
| a/k/a "Fritz Coon Heydrich," | | officials – 5 counts) |
| a/k/a "Big 88," | : | |
| a/k/a "Fritz Arena," | | |
| a/k/a "Mosby S. John" | : | |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

At all times relevant:

1.      The defendant, FRED C. ARENA, was employed at the Philadelphia

Navy Yard, and was required to obtain a national security clearance to maintain that

employment.

2.      Federal employees who required national security clearances to maintain

their employment were required to submit to a background investigation, carried out by the

Office of Personnel Management National Background Investigations Bureau (NBIB).

3.      NBIB Investigators collected information concerning the background of

applicants and their suitability to receive security clearances from multiple sources, including the

FBI.

4.      As part of the required background investigation, applicants for security

clearances were required to complete an Electronic Questionnaire for Investigations Processing, and on that form certify "I have read the instructions and I understand that if I withhold, misrepresent, or falsify information on this form, I am subject to the penalties for inaccurate or false statement (per U.S. Criminal Code Title 18, section 1001), denial or revocation of a security clearance, and/or removal and debarment from Federal Service."

5.      The Electronic Questionnaire for Investigations Processing also advised applicants that the investigation into their backgrounds could include personal interviews of them by NBIB investigators, who might ask the applicants to explain the answers they gave on the questionnaire.

6.      On August 1, 2018, FBI Special Agents interviewed the defendant, FRED C. ARENA.  During the interview, the agents asked ARENA whether he was a member of an extremist group known as Vanguard America, and ARENA said that he was not.

7.      On January 10, 2019, the defendant, FRED C. ARENA, completed an Electronic Questionnaire for Investigations Processing online, and certified on it that "My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith." and "I understand that a knowing and willful false statement on this form can be punished by a fine or imprisonment or both (18 U.S.C. 1001)."

8.      On May 6, 2019, the defendant, FRED C. ARENA, was interviewed in person, under oath, by special agents of the Office of Personnel Management National Background Investigations Bureau (NBIB), who warned ARENA that any false statements that he made to them could be punished by a fine or imprisonment or both under 18 U.S.C. § 1001.

9.     On or about January 10, 2019, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

> **FRED C. ARENA,**
> **a/k/a "McCormick Foley,"**
> **a/k/a "John S. Mosby,"**
> **a/k/a "Fritz Coon Heydrich,"**
> **a/k/a "Big 88,"**
> **a/k/a "Fritz Arena,"**
> **a/k/a "Mosby S. John,"**

in a matter within the jurisdiction of the United States Office of Personnel Management National

Background Investigations Bureau, an agency of the Executive Branch of the United States,

knowingly and willfully made materially false, fictitious, and fraudulent statements and

representations concerning a material fact, in that defendant FRED C. ARENA falsely certified

on an Electronic Questionnaire for Investigations Processing that he had never been a member of

an organization that advocates or practices commission of acts of force or violence to discourage

others from exercising their rights under the United States Constitution or any state of the United

States with specific intent to further such actions, when, as the defendant then knew, he had been

a member of such a group, Vanguard America.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 – 5, and 7 of Count One are incorporated here.

2. On or about January 10, 2019, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

> **FRED C. ARENA,**
> **a/k/a "McCormick Foley,"**
> **a/k/a "John S. Mosby,"**
> **a/k/a "Fritz Coon Heydrich,"**
> **a/k/a "Big 88,"**
> **a/k/a "Fritz Arena,"**
> **a/k/a "Mosby S. John,"**

in a matter within the jurisdiction of the United States Office of Personnel Management National

Background Investigations Bureau, an agency of the Executive Branch of the United States,

knowingly and willfully made materially false, fictitious, and fraudulent statements and

representations concerning a material fact, in that defendant FRED C. ARENA falsely certified

on an Electronic Questionnaire for Investigations Processing that, in the previous seven years, he

had not had any possessions or property voluntarily or involuntarily repossessed or foreclosed,

when, as the defendant then knew, his car was repossessed in 2015.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 – 5, and 8 of Count One are incorporated here.

2. On or about May 6, 2019, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

> **FRED C. ARENA,**
> **a/k/a "McCormick Foley,"**
> **a/k/a "John S. Mosby,"**
> **a/k/a "Fritz Coon Heydrich,"**
> **a/k/a "Big 88,"**
> **a/k/a "Fritz Arena,"**
> **a/k/a "Mosby S. John,"**

in a matter within the jurisdiction of the United States Office of Personnel Management National

Background Investigations Bureau, an agency of the Executive Branch of the United States,

knowingly and willfully made materially false, fictitious, and fraudulent statements and

representations concerning a material fact, in that defendant FRED C. ARENA falsely certified

in a sworn interview with an NBIB investigator that he had never been a member of an

organization that advocates or practices commission of acts of force or violence to discourage

others from exercising their rights under the United States Constitution or any state of the United

States with specific intent to further such actions, when, as the defendant then knew, he had been

a member of such a group, Vanguard America.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 -5, and 8 of Count One are incorporated here.

2. On or about May 6, 2019, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

> **FRED C. ARENA,**
> **a/k/a "McCormick Foley,"**
> **a/k/a "John S. Mosby,"**
> **a/k/a "Fritz Coon Heydrich,"**
> **a/k/a "Big 88,"**
> **a/k/a "Fritz Arena,"**
> **a/k/a "Mosby S. John,"**

in a matter within the jurisdiction of the United States Office of Personnel Management National

Background Investigations Bureau, an agency of the Executive Branch of the United States,

knowingly and willfully made materially false, fictitious, and fraudulent statements and

representations concerning a material fact, in that defendant FRED C. ARENA falsely certified

in a sworn interview with an NBIB investigator that, in the previous seven years, he had not had

any possessions or property voluntarily or involuntarily repossessed or foreclosed, when, as the

defendant then knew, his car was repossessed in 2015.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  Paragraph 6 of Count One is incorporated here.

2.  On or about August 1, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

> **FRED C. ARENA,**
> **a/k/a "McCormick Foley,"**
> **a/k/a "John S. Mosby,"**
> **a/k/a "Fritz Coon Heydrich,"**
> **a/k/a "Big 88,"**
> **a/k/a "Fritz Arena,"**
> **a/k/a "Mosby S. John,"**

in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the

Executive Branch of the United States, knowingly and willfully made materially false, fictitious,

and fraudulent statements and representations concerning a material fact, in that defendant FRED

C. ARENA falsely denied, in an interview with FBI special agents, his membership in Vanguard

America.

In violation of Title 18, United States Code, Section 1001(a)(2).

_____

**FOREPERSON**

for

_____

**WILLIAM M. MCSWAIN**
**UNITED STATES ATTORNEY**