IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Filed Under Seal**

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 19-638 |
| v. | : |
| FRED C. ARENA,<br>a/k/a "McCormick Foley,"<br>a/k/a "John S. Mosby,"<br>a/k/a "Fritz Coon Heydrich,"<br>a/k/a "Big 88,"<br>a/k/a "Fritz Arena,"<br>a/k/a "Mosby S. John" | :<br>:<br>:<br>:<br>: |

FILED
OCT 24 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER FOR BENCH WARRANT

AND NOW, this 24 day of Oct, 2019, on motion of William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE TIMOTHY R. RICE
*United States Magistrate Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Filed Under Seal**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19cr638 |
| v. | : | |
| FRED C. ARENA, <br> a/k/a "McCormick Foley," <br> a/k/a "John S. Mosby," <br> a/k/a "Fritz Coon Heydrich," <br> a/k/a "Big 88," <br> a/k/a "Fritz Arena," <br> a/k/a "Mosby S. John" | : <br> : <br> : <br> : <br> : <br> : | FILED <br> OCT 2 4 2019 <br> KATE BARKMAN, Clerk <br> By_____ Dep. Clerk |

## MOTION FOR BENCH WARRANT

AND NOW, this 24th day of October, 2019, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Joseph A. LaBar, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

JOSEPH A. LABAR
Assistant United States Attorney