Size
: 53736
URL
: https://attachment.fbsbx.com/messaging_attachment.php?aid=268327140725979&mid=mid.%24cAAAACRZxzFVu-4-u81oykpecyBl1&uid=100031317972915&accid=100031317972915&preview=0&hash=AQAxh5j50QP_yyZOAzVGCZgTOpyXooyMpQ06PTTgUu07mQ



Photo Id: 268327140725979



Author   John S Mosby (100031317972915)