

GOVERNMENT
EXHIBIT
7