```
FBI511-00500377 FIR 20190208 15:47:28 20190208 15:47:28 03B00232DB
PENNSYLVANIA DOES NOT MAINTAIN A REGISTRY OF FIREARMS.  THIS QUERY MAY NOT
BE ALL INCLUSIVE AND SHOULD NOT BE USED AS A BASIS FOR SEIZURE OF FIREARMS


                    * *        RECORD OF SALE QUERY              * *
    NAM/ARENA, FRED.OWNER/.DOB/▇▇▇▇▇.SOC        .RCD #/



    VIEWING RECORDS 1 THRU 2 OF A POSSIBLE 2



    MCR:3541 -1411 -15 SER:WZX666 MAK:GLC   CAL:40   DOS:2017-11-05 OWN:Y
    NAM:ARENA,FRED CEDAR DOB:▇▇▇▇▇ COUNTY:06
    SOC:▇▇▇▇▇ DLR:10273 IMMIGRATION ID NUMBER:
    COUNTRY OF CITIZENSHIP:  US CITIZEN:Y  COUNTRY OF BIRTH:


    MCR:3546 -0030 -01 SER:S4947052 MAK:SPH   CAL:9    DOS:2017-11-05 OWN:Y
    NAM:ARENA,FRED CEDAR DOB:▇▇▇▇▇ COUNTY:06
    SOC:▇▇▇▇▇ DLR:10273 IMMIGRATION ID NUMBER:
    COUNTRY OF CITIZENSHIP:  US CITIZEN:Y  COUNTRY OF BIRTH:



    VIEWING RECORDS 1 THRU 2 OF A POSSIBLE 2


         *****    END OF TEXT    *****
```


GOVERNMENT EXHIBIT 10