**Name:** **ARENA, FRED C**  **SBI#:** ███  **CSSN :** ███
**Street:** ███  **FIU#:** 560887  **DOB:** ███
**City St Zip:** ███

**Hgt :** 6 ft 00 in **Wgt :** 190 **Hair :** BLK   **Eyes:** BRO

| Type | Serial # | Make | Model | Caliber | Transaction |
|------|----------|------|-------|---------|-------------|
| H | 26CO20466 | SIG SAUER | P290 | 9 | |
| H | XS949027 | SPRINGFIELD | XD | 9 | 04/17 |
| H | SJT35 | KEL TEC | PF | 9 | |
| H | RNR880 | GLOCK | 27 | 40 | |

## 🔔Caution

This is a history of firearms registered to this individual and may not reflect current ownership or all weapons owned. For more detailed information, contact NJSP Firearms Unit at (609)882-2000 ext. 2060

**Message:** **End of search**

