**Body** He would have been okay I mean he did some good things the problem is he turn his back on Nazis. He started wanting black lives matters to speak he started wanting Jews gays he had everybody lesbians all in the planning of the second one. That's why I started fighting with him originally

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:09:33 UTC
**Body** I heard he's doing a screenplay and writing a book about all of us and unite the right one and two. And apparently now he has a moving company

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:09:16 UTC
**Body** we were going down to Charlottesville and planning the second rally

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:09:05 UTC
**Body** I don't know what he currently looks like I haven't seen him sense July

**Author** ███████ (███████)
**Sent** 2019-01-27 01:08:26 UTC
**Body** I saw a pic of him with a beard, is that what he currently looks like?

**Author** ███████ (███████)
**Sent** 2019-01-27 01:07:11 UTC
**Body** That's awesome.

Hahaha, lmfao, wtf.

That's someone who's definitely retarded.

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:06:29 UTC
**Body** I think my buddy told me he hid under his bed for 2 days

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:06:17 UTC
**Body** I was holding a machete

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:06:04 UTC
**Body** I drove to Charlottesville he was living right outside of Charlottesville for a while and I took pictures of myself in front of the sign for the town of Charlottesville and send it to him LOL that was it he went completely bananas

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:05:42 UTC
**Body** we were going to go kick his f****** ass

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:05:35 UTC
**Body** That's what got the feds so scared with ████ because they thought we were going to kill him because they were listening in and found out we were trying to locate him which we did and we

GOVERNMENT EXHIBIT 12
PENGAD-Bayonne, N.J.

were asking around about where he goes does he go to any stores or shopping any supermarkets

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:04:48 UTC
**Body** You know where they live I know what cars they drive I know what f****** stores they shop in

**Author** ▮▮▮▮▮▮ (▮▮▮▮▮▮)
**Sent** 2019-01-27 01:04:47 UTC
**Body** And if worked huh.

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:04:34 UTC
**Body** Dude I have files on a lot of Autifa people we have private investigators and everything

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:03:51 UTC
**Body** I spun it that I was only doing security which I have my own private security company to be honest with you so I just said I'd go with the highest bidder

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:03:34 UTC
**Body** Yeah he almost got me f****** fired man

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:03:22 UTC
**Body** uses head

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:03:16 UTC
**Body** They went on a firestorm on us they were spying on us the whole time he kept letting people and he wouldn't let me and Dave that these people and we couldn't keep up as fast as he was letting people in. He was so worried about having helped that he just didn't uses Ed

**Author** ▮▮▮▮▮▮ (▮▮▮▮▮▮)
**Sent** 2019-01-27 01:03:14 UTC
**Body** What a fucking idiot.

Lol I figured he fucked everything up.

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:02:35 UTC
**Body** Got us all doxed the whole entire group of people that were in the secret signal channel 40 something in of us

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:02:21 UTC
**Body** He f***** up last year with the second one he let in and antifa guy

**Author** John S Mosby (100031317972915)
**Sent** 2019-01-27 01:02:05 UTC
**Body** he had all of us doing security

**Author** John S Mosby (100031317972915)