FBI   SEALED

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FRED C, ARENA, | ) | Case No.  19cr638 |
| A/K/A "MCCORMICK FOLEY", "JOHN S. MOSBY","FRITZ COON HEYDRICH", "BIG 88", "FRITZ ARENA" , "MOSBY S. JOHN" | ) ) ) | |
| Defendant | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)  FRED C, ARENA, A/K/A "MCCORMICK FOLEY", "JOHN S MOSBY",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1001(a)(2) - FALSE STATEMENTS TO GOVERNMENT OFFICIALS - 5 COUNTS

Date:  10/24/2019

KEVIN EIBEL, SUPERVISOR
Issuing officer's signature

City and state:  PHILA., PA.

KATE BARKMAN, CLERK OF COURT
Printed name and title

### Return

| This warrant was received on (date) 10-24-19 | , and the person was arrested on (date) 10-25-19 |
|---|---|
| at (city and state)  PA | |

Date:  10-25-19

FBI
Arresting officer's signature

Printed name and title