# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: December 4, 2019 |
| vs. | : | |
| | | |
| FRED C. ARENA | | |
| U.S. MARSHAL # 77548-066 | : | Criminal No. 19-638-1 |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for Change of Plea  Hearing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on December 10, 2019 at 11:00 a.m.  before the Honorable John R. Padova, in Courtroom **17B**.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED**.

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

S/ MICHAEL BECK

Michael Beck
Deputy Clerk to Judge Padova

  No   INTERPRETER REQUIRED

Notice to:  Defendant
J. Labar,, AUSA
B. Zeiger   Def Atty
U.S. Marshal (VIA EMAIL)
Probation Office (VIA EMAIL)
Pretrial Services (VIA EMAIL)
C. Wardlaw, Clerks Office (VIA EMAIL)

X- this has been rescheduled from trial on 12/16