PROB 12B
(4/19)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Fred C Arena  Cr.: 19-00638-001
PACTS #: 6957273

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN R. PADOVA
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/13/2020

Original Offense:   Counts One through Five: False Statements to Government Officials, 18:1001(a)(2)

Original Sentence: 6 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Financial Disclosure, No New Debt/Credit, Other Condition, Association Restrictions

Type of Supervision: Supervised Release       Date Supervision Commenced: 4/23/20(expected)

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☑  To modify the conditions of supervision as follows:

### MENTAL HEALTH TREATMENT

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

### COMPUTER MONITORING

You must submit to an initial inspection by the U.S. Probation Office, and to any unannounced examinations during supervision, of your computer equipment. This includes, but is not limited to, personal computers, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device which is owned or accessed by you. You must allow manual searches of these devices and the installation on your computer of any hardware or software systems which monitor computer use. You must pay the cost of the computer monitoring program. You may use a computer in connection with employment if approved by the U.S. Probation Office, provided you notify your employer of the nature of your conviction and any computer related restrictions that are imposed on you. The U.S. Probation Office will confirm your compliance with this notification requirement.

**PROHIBITIONS ON GANG/CRIMINAL ASSOCIATIONS**

You must refrain from associating with, or being in the company of, any members of any street gang, outlaw motorcycle gang, traditional or non-traditional organized crime group, or any other identified threat group. You are restricted from frequenting any location where members of said organizations are known to congregate or meet. You must not have in your possession any item or paraphernalia which has any significance or is evidence of affiliation with said organizations.

## CAUSE

The undersigned officer reviewed this case during the pretransfer investigation and had concerns regarding Mr. Arena's ability to have a successful adjustment during his term of supervision. Specifically, the ability to assess his mental health and provide treatment if needed, and to monitor his re-involvement in the extremist group. As such, we discussed the recommendations with Mr. Arena who agreed to the modifications noted above. He signed the waiver to add the above conditions.

Respectfully submitted,

*Christine M. Rennie/sa*

By:  Christine M. Rennie
      Senior U.S. Probation Officer
Date:  04/13/2020

THE COURT ORDERS:

☐  The Extension of Supervision as Noted Above

☒  The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐  No Action

☐  Other

S/  JOHN  R. PADOVA
Signature of Judicial Officer

April 21, 2020
Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**MENTAL HEALTH TREATMENT**

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

**COMPUTER MONITORING**

You must submit to an initial inspection by the U.S. Probation Office, and to any unannounced examinations during supervision, of your computer equipment. This includes, but is not limited to, personal computers, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device which is owned or accessed by you. You must allow manual searches of these devices and the installation on your computer of any hardware or software systems which monitor computer use. You must pay the cost of the computer monitoring program. You may use a computer in connection with employment if approved by the U.S. Probation Office, provided you notify your employer of the nature of your conviction and any computer related restrictions that are imposed on you. The U.S. Probation Office will confirm your compliance with this notification requirement.

**PROHIBITIONS ON GANG/CRIMINAL ASSOCIATIONS**

You must refrain from associating with, or being in the company of, any members of any street gang, outlaw motorcycle gang, traditional or non-traditional organized crime group, or any other identified threat group. You are restricted from frequenting any location where members of said organizations are known to congregate or meet. You must not have in your possession any item or paraphernalia which has any significance or is evidence of affiliation with said organizations.

Prob 49 Waiver of Hearing – page 2
Fred C Arena

**FIREARM SURRENDER**

You must submit proof of surrender or legal sale of all firearms, including the Glock 40 located in the safe at the home of Mazine Deluzio, located at 8 Hemple Road, Quinton Township, New Jersey within 24 hours of your release from custody of the Bureau of Prisons.

Witness: _____ Signed: _____
Senior U.S. Probation Officer                Probationer or Supervised Releasee
Christine M. Rennie                          Fred C Arena

4/10/20
Date